# EXHIBIT 2

| Company Name | URL |
|---|---|
| Beautiful Skin and Health SL, Inc. | https://skintotalbeautyhealth.com/ |
| Beautiful Skin and Health SL, Inc. | https://skintotallybeautifulhealth.com/ |
| Beautiful Skin and Health SL, Inc. | https://skintotallybeautyhealth.com/ |
| Beauty and Balance LV, Inc. | https://ketodiet-nutritiononline.com/ |
| Beauty and Balance LV, Inc. | https://dietcleanse-nutritiononline.com/ |
| Beauty Enterprise CMT, Inc. | https://dietnutritionalshopenterprise.com/ |
| Beauty Products Rubio, Inc. | https://dietaryhealthproductstore.com/ |
| Coastal Beauty Care KV, Inc. | https://dietaryhealthyfitsupplements.com/ |
| Coastal Beauty Care KV, Inc. | https://dietaryfitnesshealthsupplements.com/ |
| Coastal Beauty Care KV, Inc. | https://dietfitnesshealthysupplements.com/ |
| Coastal Beauty Care KV, Inc. | https://diethealthyfitsupplements.com/ |
| Coastal Health & Body TML, Inc. | https://dietarysupplementhealthshoppe.com/ |
| Coastal Health & Body TML, Inc. | https://dietary-product-supplies.myshopify.com/ |
| Coastal Health & Body TML, Inc. | https://skincare-product-supplies.myshopify.com/ |
| Coastal Health & Body TML, Inc. | https://dietaryproductsupplyshoppe.com/ |
| Coastal Health & Body TML, Inc. | https://skincareproductsupplies.com/ |
| Coastal Skin Care DC, Inc. | https://lapurafacecreambeautycare.com/ |
| Coastal Skin Care DC, Inc. | https://skincarecoastalbeautyproducts.com/ |
| Coastal Skin Care DC, Inc. | https://skincarecoastalbeautifulproduct.com/ |
| Coastal Skin Care DC, Inc. | https://skincarecoastalbeautyproduct.com/ |
| Complete Beautiful Skin DT, Inc. | https://beautifulcompleteskinhealth.com/    * |
| Complete Beautiful Skin DT, Inc. | https://beautifullycompleteskinhealth.com/ |
| Complete Beautiful Skin DT, Inc. | https://skinbeneficiallybeautifulcare.com/ |
| Complete Beautiful Skin DT, Inc. | https://skinbeneficialbeautycare.com/ |
| Complete Beautiful Skin DT, Inc. | https://skincarebeneficialbeauty.com/ |
| Complete Beautiful Skin DT, Inc. | https://beautycompleteskinhealth.com/ |
| Complete Beautiful Skin DT, Inc. | https://beautycompletehealthyskin.com/ |
| Complete Beautiful Skin DT, Inc. | https://skinbeautifullybeneficialcare.com/ |
| Complete Dietary Health DT Inc. | https://dietaryhealthenterpriseshop.com/ |
| Diet and Beauty Enterprise JB, Inc. | https://diethealthysupplemententerprise.com/ |
| DIET FOCUS MG, INC. | https://ketodiet-supplementshop.com/ |
| DIET FOCUS MG, INC. | https://dietarycleanse-supplementshop.com/ |
| Dietary 8 Leaves TL, Inc. | https://dietaryspecialityhealthshop.com/ |
| Dietary 8 Leaves TL, Inc. | https://dietaryspecialityhealthyshop.com/ |
| Dietary Care Group MK, Inc. | https://dietarycarehealthylifeshop.com/ |
| Dietary Health DL, Inc. | https://dietcleansinghealthsupplements.com/ |
| Dietary Health Management SL, Inc. | https://beautifulhealthyskinselectonline.com/ |
| Dietary Health Management SL, Inc. | https://beautifulhealthyskinselect.com/ |
| Dietary Health Management SL, Inc. | https://dietarycompletelyfit.com/ |

| | |
|---|---|
| Dietary Health Management SL, Inc. | https://dietcompletefitness.com/ |
| Dietary Health Management SL, Inc. | https://dietaryhealthselectfitness.com/ |
| Dietary Health Management SL, Inc. | https://dietarycompletefitness.com/ |
| Dietary Health Management SL, Inc. | https://dietaryhealthselectfitnessonline.com/ |
| Dietary Health Supplements ADN, Inc. | https://dietarycleansesupplementstore.com/ |
| Dietary Pills TTH, Inc | https://skincareface-lapuraonline.com/ |
| Dietary Pills TTH, Inc | https://skinfacecare-lapura.com |
| Dietary Pills TTH, Inc | https://skinmoisturizercream-lapuraonline.com |
| Dietary Pills TTH, Inc | https://skinfacialcream-lapurastore.com |
| Dietary Pills TTH, Inc | https://skincreammoisturizer-lapurastore.com |
| Dietary Pills TTH, Inc | https://skincreammoisturizer-lapurashop.com |
| Dietary Pills TTH, Inc | https://skincreammoisturizer-lapuraonline.com |
| Dietary Pills TTH, Inc | https://skincareface-lapuraonline.com |
| Dietary Pills TTH, Inc | https://perfectskineyeserum.com |
| Dietary Pills TTH, Inc | https://skinfacecare-lapurashop.com |
| Dietary Supplements 8 Leaves TL, Inc. | https://dietarycleanselifestyle.com/ |
| Dietary Supplements NS, Inc | https://skinfacecream-lapurasstore.com/ |
| Dietary Supplements NS, Inc | https://skinrejuvenation-lapurasshop.com |
| Dietary Supplements NS, Inc | https://skinrejuvenation-lapurasstore.com |
| Dietary Supplements NS, Inc | https://skinfacecream-lapurasshop.com |
| Dietary Supplements NS, Inc | https://keto-diet-trimpill-weightlossonline.com/ |
| Dietary Supplements NS, Inc | https://skinfacecream-lapurasonline.com |
| Dietary Supplements NS, Inc | https://skinfacecream-lapuras.com |
| Dietary Supplements NS, Inc | https://skinfacebeauty-lapurasonline.com |
| Dietary Supplements NS, Inc | https://skinfacebeauty-lapurasshop.com |
| Dietary Supplements NS, Inc | https://skinfacebeauty-lapurasstore.com |
| DL Group, Inc | https://mindzrbrainproduct.com/ |
| DL Group, Inc | https://mind-mu.com/ |
| DL Group, Inc | https://diet-trimpill-myweight.com/ |
| DL Group, Inc | https://diet-trimpill-weightloss.com/ |
| DL Group, Inc | https://keto-diet-trimpill-slimstore.com/ |
| DL Group, Inc. | https://www.skincarehealthybeautygroup.com/ |
| DL Group, Inc. | https://ketodiet-trimfitweight.com/ |
| DL Group, Inc. | https://diet-trimpill-weightslim.com/ |
| DL Group, Inc. | https://keto-diet-trimpill-fitonline.com/ |
| DL Group, Inc. | https://keto-diet-trimpill-fitshop.com/ |
| DL Group, Inc. | https://keto-diet-trimpill-slimonline.com/ |
| DL Group, Inc. | https://keto-diet-trimpill-weightlossstore.com/ |
| EM Strength & Wellness Products, Inc. | https://dietarystrengthnutritionalwellness.com/ |
| EM Strength & Wellness Products, Inc. | https://dietarystrengthnutritionalshop.com/ |

| | |
|---|---|
| EM Strength & Wellness Products, Inc. | https://dietstrengthnutritionalproducts.com/ |
| EM Strength & Wellness Products, Inc. | https://dietstrengthnutritionalshop.com/ |
| EM Strength & Wellness Products, Inc. | https://dietarystrengthnutritionalproducts.com/ |
| EW Ideal Health Store, Inc. | https://dietaryforeverlifestylewellness.com |
| EW Radiant Skin Store, Inc. | https://dietsupremevitalitystrengthstore.com/ |
| EW Radiant Skin Store, Inc. | https://dietarysupremevitalitystrengthstore.com/ |
| Fit and Slim Body OLO, Inc. | https://ketodietaryproducts-online.com/ |
| Fit and Slim Body OLO, Inc. | https://dietarycleanseproducts-online.com/ |
| Fit and Slim Body OLO, Inc. | https://dietcleansehealthylifestyleshop.com/ |
| Fit Body Forever KZ, Inc. | https://dietaryfitbodynutritionplan.com/ |
| Fit Body Forever KZ, Inc. | https://dietbodynutritionfitnessplan.com/ |
| Fit Body Forever KZ, Inc. | https://dietfitbodynutritionplan.com/ |
| Fit Body Forever KZ, Inc. | https://dietaryfitnessnutritionplan.com/ |
| Fit Lifestyle Enterprise JD, Inc. | https://dietlifestylefitnessproducts.com/ |
| Fit Lifestyle Enterprise JD, Inc. | https://dietarylifestylefitproducts.com/ |
| Fitness & Health Supplements PKL, Inc. | https://dietaryhealthpuresupplementsprogram.com/ |
| Flawless Beauty Forever MC, Inc. | https://dietaryflawlesshealthcare.com/ |
| Flawless Beauty Forever MC, Inc. | https://dietflawlesshealthforever.com/ |
| Flawless Beauty Forever MC, Inc. | https://dietarymaxnutritionalboostonline.com/ |
| Forever Beautiful Products KZ, Inc. | https://beautifulhealthyforeverskin.com/ |
| Forever Beautiful Products KZ, Inc. | https://beautifulhealthyskinforever.com/ |
| Forever Beautiful Products KZ, Inc. | https://beautifullyhealthyskinforever.com/ |
| Forever Beautiful Products KZ, Inc. | https://beautifulskinforeverhealthy.com/ |
| Forever Beauty and Balance JL, Inc. | https://skinbeautyforeverbalance.com/ |
| Forever Beauty and Balance JL, Inc. | https://skincareforeverbeautybalance.com/ |
| Health & Body Care TN, Inc. | https://skinhealthbeautifulcare.com/ |
| Health & Body Care TN, Inc. | https://skinhealthybeautycare.com/ |
| Health & Body Care TN, Inc. | https://skinhealthybeautifulcare.com/ |
| Health & Skin Nutrition JLN, Inc. | https://beautifulhealthyskinproducts.com/ |
| Health & Skin Nutrition JLN, Inc. | https://dietaryspecialhealthwellness.com/ |
| Health & Skin Nutrition JLN, Inc. | https://dietspecialtyhealthwellness.com/ |
| Health & Skin Nutrition JLN, Inc. | https://dietaryspecialhealthywellness.com/ |
| Health & Wellness Products EM, Inc. | https://diethealthwellnessproductstore.com/ |
| Health & Wellness Products EM, Inc. | https://diethealthwellnessproductsonline.com/ |
| Health & Wellness Products EM, Inc. | https://diethealthwellnessproductshop.com/ |
| Health & Wellness Products EM, Inc. | https://diethealthwellnessproductonline.com/ |
| Health & Wellness Products EM, Inc. | https://dietaryhealthwellnessproductstore.com/ |
| Health & Wellness Products EM, Inc. | https://dietaryhealthwellnessproductshop.com/ |
| Health and Diet Products ISA, Inc. | https://dietcleansingsupplementstore.com/ |
| Health and Fitness Lifestyle JL, Inc | https://skinfacecarehealthylifestyleonline.com |

| | |
|---|---|
| Health and Fitness Lifestyle JL, Inc. | https://skinfacecare-healthylifestyle.com |
| Health and Fitness Lifestyle JL, Inc. | https://skinfacecarehealthylifestyleshoppe.com |
| Health Enterprise AR, Inc. | https://dietaryfithealthenterprise.com/                          * |
| Health Enterprise AR, Inc. | https://diethealthyfitnessenterprise.com/ |
| Health Enterprise AR, Inc. | https://www.dietfitnesshealthyenterpriseonline.com/ |
| Health Enterprise AR, Inc. | https://dietaryhealthfitenterprise.com/ |
| Health Enterprise AR, Inc. | https://dietfitnesshealthyenterprise.com/ |
| Health Enterprise LT, Inc. | https://dietaryhealthspecialtybody.com/ |
| Health Enterprise LT, Inc. | https://dietaryhealthspecialbody.com/ |
| Health Enterprise LT, Inc. | https://dietaryhealthyspecialbody.com/ |
| Health Enterprise LT, Inc. | https://dietaryhealthyspecialtybody.com/ |
| Health Skin and Beauty Maya, Inc. | https://skineyecreamlapurabeauty.com/ |
| Health Skin and Beauty Maya, Inc. | https://skinfacecreamlapurabeauty.com/ |
| Health Skin and Beauty Maya, Inc. | https://skinfacecreamlapurabeauty.com |
| Health Skin and Beauty Maya, Inc. | https://skineyecreamlapurabeauty.com |
| Health Skin and Beauty Maya, Inc. | https://skinspecialtybeautyshoponline.com/ |
| Health Skin and Body JB, Inc. | https://keto-dietsupplement.com/ |
| Health Skin and Body JB, Inc. | https://keto-supplement-dietstore.com/ |
| Health Skin and Body JB, Inc. | https://dietcleansesupplementstore.com/ |
| Health Skin and Body JB, Inc. | https://dietcleansesupplementshop.com/ |
| Health Skin and Body JB, Inc. | https://keto-diet-product-for-me.com/ |
| Health Skin and Body JB, Inc. | https://keto-dietsupplement-estore.com/ |
| Health Skin and Body JB, Inc. | https://skincarehealthyface.com/ |
| Healthy and Slim TT, Inc. | https://dietcleansewellness-online.com/ |
| Healthy Beautiful Skin JD, Inc. | https://dietmaximumfitnesshealthybeauty.com/ |
| Healthy Beautiful Skin JD, Inc. | https://dietaryfitnesshealthybeauty.com/ |
| Healthy Body & Balance CD, Inc. | https://www.ketodiethealthybodybalance.com/ |
| Healthy Body & Balance CD, Inc. | https://dietarycompletelyhealthyprogram.com/ |
| Healthy Body & Balance CD, Inc. | https://dietarycompletehealthprogram.com/ |
| Healthy Body & Balance CD, Inc. | https://diethealthycompleteprogram.com/ |
| Healthy Body & Balance CD, Inc. | https://dietcompletelyhealthyprogram.com/ |
| Healthy Fit Lifestyle DC, Inc. | https://diet-healthy-fit-lifestyle-store.myshopify.com/ |
| Healthy Fit Lifestyle DC, Inc. | https://dietaryfitnesshealthyregimen.com/ |
| Healthy Fit Lifestyle DC, Inc. | https://www.diethealthyfitlifestylestore.com/ |
| Healthy Fit Lifestyle DC, Inc. | https://www.diethealthyfitlifestyleonline.com/ |
| Healthy Fit Lifestyle DC, Inc. | https://skincarehealthylifestylestore.com/ |
| Healthy Fit Lifestyle DC, Inc. | https://dietaryhealthyfitregimenstore.com/ |
| Healthy Fit Lifestyle DC, Inc. | https://dietarystrengthfitnessregimen.com/ |
| Healthy Leaves TL Inc. | https://skineyeserumvisiblyhealthy.com |
| Healthy Leaves TL Inc. | https://skinfacecreamvisiblyhealthy.com |

| | |
|---|---|
| Healthy Lifestyle Diet JL, Inc. | https://dietarycleansehealthyfitness.com/ |
| Healthy Skin Group TQH, Inc. | https://skinhealthybeautybalance.com/ |
| Healthy Skin Group TQH, Inc. | https://skinhealthybeautifulbalance.com/ |
| Healthy Skin Group TQH, Inc. | https://skinbeautyhealthybalance.com/ |
| Healthy Skin Lifestyle JB, Inc. | https://skincreamhealthyfaceonline.com/ |
| Healthy Skin Lifestyle JB, Inc. | https://skineyeserumhealthyfaceonline.com/ |
| Healthy Skin Lifestyle JB, Inc. | https://skincreamhealthyfaceonline.com/ |
| Healthy Supplements Maya, Inc. | https://dietarycleansewellnessonline.com/ |
| Healthy Supplements Maya, Inc. | https://ketodietarywellnessonline.com/ |
| Ideal Skin & Health Care NA, Inc. | https://dietaryidealhealthcarestore.com/ |
| Ideal Skin & Health Care NA, Inc. | https://dietidealhealthycarestore.com/ |
| Lasting Fitness & Beauty JLN, Inc. | https://dietarymaximumnutritionregimeonline.com/ |
| Lasting Fitness & Beauty JLN, Inc. | https://dietarymaximumnutritionregime.com/ |
| Lasting Fitness & Beauty JLN, Inc. | https://beautymaxforeverskinregimeshop.com/ |
| Lasting Fitness & Beauty JLN, Inc. | https://dietarymaximumnutritionalregimeonline.com/ |
| Lasting Fitness & Beauty JLN, Inc. | https://dietarymaximumnutritionalregime.com/ |
| Lasting Fitness & Beauty JLN, Inc. | https://dietmaximumnutritionregime.com/ |
| Lasting Fitness & Beauty JLN, Inc. | https://dietarymaxnutritionalregime.com/ |
| PKL Everlasting Beauty, Inc. | https://beautifullyremarkableskincareonline.com/ |
| PKL Everlasting Beauty, Inc. | https://beautifulcareremarkableskinonline.com/ |
| PKL Everlasting Beauty, Inc. | https://beautycareremarkableskinonline.com/ |
| PKL Everlasting Beauty, Inc. | https://beautyremarkableskincareonline.com/ |
| Radiant Skin & Body Shop ATN, Inc. | https://dietarywellnesshealthylifestyleshop.com/ |
| Radiant Skin & Body Shop ATN, Inc. | https://dietaryhealthywellnesslifestyle.com/ |
| Radiant Skin & Body Shop ATN, Inc. | https://diethealthywellnesslifestyleonline.com/ |
| Radiant Skin & Body Shop ATN, Inc. | https://dietaryhealthywellnesslifestyleonline.com/ |
| Radiant Skin & Body Shop ATN, Inc. | https://dietwellnesshealthylifestyleshop.com/ |
| Radiant Skin & Body Shop ATN, Inc. | https://dietaryhealthywellnesslifestyleprogram.com/ |
| Radiant Skin & Body Shop ATN, Inc. | https://beautifullyhealthyskinlifestyleshop.com/ |
| Radiant Skin & Body Shop ATN, Inc. | https://diethealthywellnesslifestyleprogram.com/ |
| Radiant Skin & Body Shop ATN, Inc. | https://diethealthywellnesslifestyle.com/ |
| Radiant Skin & Body Shop ATN, Inc. | https://dietwellnesshealthylifestyle.com/ |
| Remarkable Beauty TN, Inc. | https://skinforeverbeautycare.com/ |
| Remarkable Beauty TN, Inc. | https://skinbeautyforevercare.com/ |
| Remarkable Beauty TN, Inc. | https://skinbeautifulforevercare.com/ |
| Remarkable Health Supply PO, Inc. | https://diethealthproductsupply.com/ |
| Remarkable Health Supply PO, Inc. | https://diethealthyproductsupply.com/ |
| Select Skin Products MV, Inc. | https://ketodietproductstore.com/ |
| Select Skin Products MV, Inc. | https://ketodietaryproductstore.com/ |
| Select Skin Products MV, Inc. | https://dietcleansingproductstore.com/ |

| | |
|---|---|
| Skin and Beauty NS, Inc. | https://skineyebeautylapurashop.com |
| Skin and Beauty NS, Inc. | https://skinfacebeautylapurashop.com |
| Skin and Beauty NS, Inc. | https://skinfacebeautylapurashop.com/ |
| Skin Beauty & Health JN, Inc. | https://beautifulhealthyskinlifestyle.com/ |
| Skin Beauty & Health JN, Inc. | https://dietary-health-beauty-lifestyle-online.myshopify.com/ |
| Skin Beauty & Health JN, Inc. | https://www.dietaryhealthbeautylifestyleshop.com/ |
| Skin Beauty & Health JN, Inc. | https://beautifulhealthyskinlifestyleshop.com/ |
| Skin Beauty & Health JN, Inc. | https://skinbeautifulhealthlifestyle.com/ |
| Skin Beauty & Health JN, Inc. | https://beautifulhealthyskinlifestyleonline.com/ |
| Skin Beauty & Health JN, Inc. | https://skincarebeautyhealthylife.com/ |
| Skin Beauty & Health JN, Inc. | https://dietaryhealthbeautylifestyle.com/ |
| Skin Beauty & Health JN, Inc. | https://skinbeautyhealthylifestyle.com/ |
| Skin Beauty and Balance CD, Inc. | https://skineyecreambeautybalance.com |
| Skin Beauty and Balance CD, Inc. | https://skincarebeautyhealthybalance.com/ |
| Skin Beauty and Balance CD, Inc. | https://skinbeautifulhealthybalance.com/ |
| Skin Beauty and Balance CD, Inc. | https://skincarehealthybeautybalance.com/ |
| Skin Beauty and Balance CD, Inc. | https://skinfacecreambeautybalance.com/ |
| Skin Beauty and Balance CD, Inc. | https://skinfacecreambeautybalance.com |
| Skin Beauty Enterprise MG, Inc. | https://eyeserumskinbeautyenterprise.com/ |
| Skin Beauty Enterprise MG, Inc. | https://facecreamskinbeautyenterprise.com/ |
| Skin Beauty Products ISA, Inc | https://skincreamlapurarejuvenation.com/ |
| Skin Beauty Products ISA, Inc | https://skineyeserumlapurarejuvenation.com |
| Skin Beauty Products ISA, Inc | https://skinfacecreambeautyshop.com |
| Skin Beauty Products ISA, Inc. | https://skinfacecreambeautyonline.com |
| Skin Care Enterprise TTH, Inc. | https://skineyeserumlifestylestore.com |
| Skin Care Enterprise TTH, Inc. | https://skinfacecreamlifestylestore.com |
| Skin Care Group MK, Inc. | https://beautyhealthskincaregroup.com/ |
| Skin Care Group MK, Inc. | https://skineyecarelapuraonline.com/ |
| Skin Care Group MK, Inc. | https://skinfacecarelapuraonline.com/ |
| Skin Care Group MK, Inc. | https://skinfacecarehealthylifestylesupply.com |
| Skin Care Group MK, Inc. | https://skinfacecarelapuraonline.com |
| Skin Care Group MK, Inc. | https://skinfacecream-lapurasstore.com |
| Skin Products Rubio, Inc. | https://eyecreamskinbeautylifestyle.com/ |
| Strength & Fitness Lifestyle LT, Inc. | https://www.dietarystrengthfitnesslifestyle.com/ |
| Strength & Fitness Lifestyle LT, Inc. | https://dietvitalstrengthfitnesslifestyle.com/ |
| Strength & Fitness Lifestyle LT, Inc. | https://dietaryvitalstrengthfitlifestyle.com/ |
| Strength & Fitness Lifestyle LT, Inc. | https://healthydietarystrengthlifestyle.com/ |
| Strength & Fitness Lifestyle LT, Inc. | https://beautifullyhealthyskinlifestyle.com/ |
| Total Fitness & Health MC, Inc. | https://dietarymaximumnutritionboost.com/ |
| Total Fitness & Health MC, Inc. | https://dietarymaxnutritionalboostsupplements.com/ |

| | |
|---|---|
| Total Fitness & Health MC, Inc. | https://dietmaximumnutritionalboost.com/ |
| Total Fitness & Health MC, Inc. | https://beautifulskinforevermaximumprogram.com/ |
| Total Health Supply TUA, Inc. | https://beautyhealthremarkableskin.com/ |
| Total Health Supply TUA, Inc. | https://beautifullyremarkablehealthyskin.com/ |
| Total Health Supply TUA, Inc. | https://beautifulhealthyremarkableskin.com/ |
| Total Health Supply TUA, Inc. | https://beautifullyhealthyremarkableskin.com/ |
| Total Health Supply TUA, Inc. | https://beautifulhealthycompleteskinshop.com/ |
| Vibrant Face & Beauty Shop ATN, Inc. | https://dietarytotalspecialstrength.com/ |
| Vibrant Face & Beauty Shop ATN, Inc. | https://dietaryspecialtotalstrength.com/ |
| Vibrant Face & Beauty Shop ATN, Inc. | https://dietarytotallyspecialstrengthonline.com/ |
| Vibrant Face & Beauty Shop ATN, Inc. | https://diettotallyspecialstrength.com/ |
| Vibrant Face & Beauty Shop ATN, Inc. | https://beautifulspecialtyskinshoppe.com/ |
| Vibrant Face & Beauty Shop ATN, Inc. | https://dietarytotalspecialstrengthstore.com/ |
| Vibrant Face & Beauty Shop ATN, Inc. | https://dietaryspecialtotalstrengthstore.com/ |
| Vibrant Face & Beauty Shop ATN, Inc. | https://dietarytotallyspecialstrength.com/ |
| Vibrant Face & Beauty Shop ATN, Inc. | https://diettotallyspecialstrengthonline.com/ |