# EXHIBIT 3

Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
Kneupper & Covey, PC
321 N. Orange St. #306
Glendale, CA 91203
512-420-8407

*Attorney for Plaintiff LeAnne Tan
and the putative Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE TAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUICK BOX, LLC; QUICK HOLDINGS, LLC; STEPHEN ADELE; CHAD BIGGINS; JAMES MARTELL; KONNEKTIVE LLC; KONNEKTIVE CORPORATION; MARTORANO HOLDINGS, LLC; KONNEKTIVE REWARDS, LLC; MATTHEW MARTORANO; KATHRYN MARTORANO; TOTAL HEALTH SUPPLY TUA, INC.; DL GROUP, INC.; BEAUTIFUL SKIN AND HEALTH SL, INC.; BEAUTY AND BALANCE LV, INC.; COASTAL BEAUTY CARE KV, INC.; COASTAL HEALTH & BODY TML, INC.; COASTAL SKIN CARE DC, INC.; COMPLETE BEAUTIFUL SKIN DT, INC.; COMPLETE DIETARY HEALTH DT, INC.; DIET AND | Case No.:<br><br>**DECLARATION OF KEVIN M. KNEUPPER RE: VENUE PURSUANT TO CAL. CIV. CODE § 1780(d)** |

BEAUTY ENTERPRISE JB, INC.; DIET FOCUS MG, INC.; DIETARY 8 LEAVES TL, INC.; DIETARY CARE GROUP MK, INC.; DIETARY HEALTH DL, INC.; DIETARY HEALTH MANAGEMENT SL, INC.; DIETARY HEALTH SUPPLEMENTS ADN, INC.; DIETARY MIND & BODY AR, INC.; DIETARY PILLS TTH, INC.; DIETARY SUPPLEMENTS 8 LEAVES TL, INC.; DIETARY SUPPLEMENTS NS, INC.; EM STRENGTH & WELLNESS PRODUCTS, INC.; EW IDEAL HEALTH STORE, INC.; EW RADIANT SKIN STORE, INC.; FIT AND SLIM BODY OLO, INC.; FIT BODY FOREVER KZ, INC.; FIT LIFESTYLE ENTERPRISE JD, INC.; FITNESS & HEALTH SUPPLEMENTS PKL, INC.; FLAWLESS BEAUTY FOREVER MC, INC.; FOREVER BEAUTIFUL PRODUCTS KZ, INC.;  FOREVER BEAUTY AND BALANCE JL, INC.; HEALTH & BODY CARE TN, INC.; HEALTH & SKIN NUTRITION JLN, INC.; HEALTH & WELLNESS PRODUCTS EM, INC; HEALTH AND DIET PRODUCTS ISA, INC.; HEALTH AND FITNESS LIFESTYLE JL, INC.; HEALTH ENTERPRISE AR, INC.; HEALTH ENTERPRISE LT, INC.; HEALTH SKIN AND BEAUTY MAYA, INC.; HEALTH SKIN AND BODY JB, INC.; HEALTHY AND SLIM TT, INC.; HEALTHY BEAUTIFUL SKIN JD, INC.; HEALTHY BODY & BALANCE CD, INC.; HEALTHY FIT LIFESTYLE DC, INC.; HEALTHY LEAVES TL, INC.; HEALTHY LIFESTYLE DIET JL, INC.; HEALTHY SKIN GROUP TQH, INC.;

DECLARATION OF KEVIN M. KNEUPPER RE: VENUE TO CAL. CIV. CODE § 1780(d)

HEALTHY SKIN LIFESTYLE JB, INC.; HEALTHY SUPPLEMENTS MAYA, INC.; IDEAL SKIN & HEALTH CARE NA, INC.; LASTING FITNESS & BEAUTY JLN, INC.; PKL EVERLASTING BEAUTY, INC.; RADIANT SKIN & BODY SHOP ATN, INC.; REMARKABLE BEAUTY TN, INC.; REMARKABLE HEALTH SUPPLY PO, INC.; SELECT SKIN PRODUCTS MV, INC.; SKIN AND BEAUTY NS, INC.; SKIN BEAUTY & HEALTH JN, INC.; SKIN BEAUTY AND BALANCE CD, INC.; SKIN BEAUTY ENTERPRISE MG, INC.; SKIN BEAUTY PRODUCTS ISA, INC.; SKIN CARE ENTERPRISE TTH, INC.; SKIN CARE GROUP MK, INC.; SKIN PRODUCTS RUBIO, INC.; STRENGTH & FITNESS LIFESTYLE LT, INC.; TOTAL FITNESS & HEALTH MC, INC.; VIBRANT FACE & BEAUTY SHOP ATN, INC. and JOHN DOES 1-10,

Defendant(s)

I, Kevin M. Kneupper, do hereby declare as follows:

1. I am a partner at Kneupper & Covey PC, counsel of record for Plaintiff LeAnne Tan. I am licensed to practice law in the States of California and Texas. I make this declaration to the best of my knowledge, information, and belief of the facts stated herein.

2. Venue is proper in this Court because Defendants are doing business in the County of San Diego, CA by selling and delivering their products there and the transactions at issue (the sale to Plaintiff LeAnne Tan) also occurred in the County of San Diego, CA.

DECLARATION OF KEVIN M. KNEUPPER RE: VENUE TO CAL. CIV. CODE § 1780(d)

I declare and state under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed this 12th day of June, 2020 in Glendale, California.

_____
Kevin M. Kneupper, Esq.
Declarant

DECLARATION OF KEVIN M. KNEUPPER RE: VENUE TO CAL. CIV. CODE § 1780(d)

4