**KNEUPPER & COVEY, PC**
Kevin Kneupper, Esq. (CA SBN 325413)
Kevin@kneuppercovey.com
321 N. Orange St. #306
Glendale, CA 91203
Tel: (512) 420-8407

*Attorneys for Plaintiff LeAnne Tan*
*And the putative Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE TAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICK BOX, LLC; QUICK HOLDINGS, LLC; STEPHEN ADELE; CHAD BIGGINS; JAMES MARTELL; KONNEKTIVE LLC; KONNEKTIVE CORPORATION; MARTORANO HOLDINGS, LLC; KONNEKTIVE REWARDS, LLC; MATTHEW MARTORANO; KATHRYN MARTORANO; TOTAL HEALTH SUPPLY TUA, INC.; DL GROUP, INC.; BEAUTIFUL SKIN AND HEALTH SL, INC.; BEAUTY AND BALANCE LV, INC.; COASTAL BEAUTY CARE KV, INC.; COASTAL HEALTH & BODY TML, INC.; COASTAL SKIN CARE DC, INC.; COMPLETE BEAUTIFUL SKIN DT, INC.; COMPLETE DIETARY | Case No.: 3:20-cv-01082-H-WVG<br><br>**NOTICE OF SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANTS** |

HEALTH DT, INC.; DIET AND BEAUTY ENTERPRISE JB, INC.; DIET FOCUS MG, INC.; DIETARY 8 LEAVES TL, INC.; DIETARY CARE GROUP MK, INC.; DIETARY HEALTH DL, INC.; DIETARY HEALTH MANAGEMENT SL, INC.; DIETARY HEALTH SUPPLEMENTS ADN, INC.; DIETARY MIND & BODY AR, INC.; DIETARY PILLS TTH, INC.; DIETARY SUPPLEMENTS 8 LEAVES TL, INC.; DIETARY SUPPLEMENTS NS, INC.; EM STRENGTH & WELLNESS PRODUCTS, INC.; EW IDEAL HEALTH STORE, INC.; EW RADIANT SKIN STORE, INC.; FIT AND SLIM BODY OLO, INC.; FIT BODY FOREVER KZ, INC.; FIT LIFESTYLE ENTERPRISE JD, INC.; FITNESS & HEALTH SUPPLEMENTS PKL, INC.; FLAWLESS BEAUTY FOREVER MC, INC.; FOREVER BEAUTIFUL PRODUCTS KZ, INC.; FOREVER BEAUTY AND BALANCE JL, INC.; HEALTH & BODY CARE TN, INC.; HEALTH & SKIN NUTRITION JLN, INC.; HEALTH & WELLNESS PRODUCTS EM, INC; HEALTH AND DIET PRODUCTS ISA, INC.; HEALTH AND FITNESS LIFESTYLE JL, INC.; HEALTH ENTERPRISE AR, INC.; HEALTH ENTERPRISE LT, INC.; HEALTH SKIN AND BEAUTY MAYA, INC.; HEALTH SKIN AND BODY JB, INC.; HEALTHY AND SLIM TT, INC.; HEALTHY BEAUTIFUL SKIN JD, INC.; HEALTHY BODY & BALANCE CD, INC.; HEALTHY FIT LIFESTYLE DC, INC.; HEALTHY LEAVES TL, INC.; HEALTHY LIFESTYLE DIET JL, INC.; HEALTHY SKIN GROUP TQH, INC.;

HEALTHY SKIN LIFESTYLE JB, INC.;
HEALTHY SUPPLEMENTS MAYA,
INC.; IDEAL SKIN & HEALTH CARE
NA, INC.; LASTING FITNESS &
BEAUTY JLN, INC.; PKL
EVERLASTING BEAUTY, INC.;
RADIANT SKIN & BODY SHOP ATN,
INC.; REMARKABLE BEAUTY TN,
INC.; REMARKABLE HEALTH
SUPPLY PO, INC.; SELECT SKIN
PRODUCTS MV, INC.; SKIN AND
BEAUTY NS, INC.; SKIN BEAUTY &
HEALTH JN, INC.; SKIN BEAUTY AND
BALANCE CD, INC.; SKIN BEAUTY
ENTERPRISE MG, INC.; SKIN BEAUTY
PRODUCTS ISA, INC.; SKIN CARE
ENTERPRISE TTH, INC.; SKIN CARE
GROUP MK, INC.; SKIN PRODUCTS
RUBIO, INC.; STRENGTH & FITNESS
LIFESTYLE LT, INC.; TOTAL FITNESS
& HEALTH MC, INC.; VIBRANT FACE
& BEAUTY SHOP ATN, INC. and JOHN
DOES 1-10,

        Defendant.

  PLEASE TAKE NOTICE that, enclosed herewith, are the proof of services of summons and complaint upon Defendants: 1) TOTAL HEALTH SUPPLY TUA, INC.; 2) DL GROUP, INC.;  3) BEAUTIFUL SKIN AND HEALTH SL, INC.;  4) BEAUTY AND BALANCE LV, INC.;  5) COASTAL BEAUTY CARE KV, INC.;  6) COASTAL HEALTH & BODY TML, INC.; 7) COASTAL SKIN CARE DC, INC.; 8) COMPLETE BEAUTIFUL SKIN DT, INC.;  9) COMPLETE DIETARY HEALTH DT, INC.;  10) DIET AND BEAUTY ENTERPRISE JB, INC.;  11) DIET FOCUS MG, INC.;  12) DIETARY 8 LEAVES TL, INC.;  13) DIETARY CARE GROUP MK, INC.; 14) DIETARY HEALTH DL, INC.;  15) DIETARY HEALTH MANAGEMENT SL, INC.; 16) DIETARY HEALTH SUPPLEMENTS ADN, INC.;  17) DIETARY PILLS TTH,

INC.; 18) DIETARY SUPPLEMENTS 8 LEAVES TL, INC.; 19) EM STRENGTH & WELLNESS PRODUCTS, INC.; 20) EW IDEAL HEALTH STORE, INC.; 21) EW RADIANT SKIN STORE, INC.; 22) FIT AND SLIM BODY OLO, INC.; 23) FIT BODY FOREVER KZ, INC.; 24) FIT LIFESTYLE ENTERPRISE JD, INC.; 25) FITNESS & HEALTH SUPPLEMENTS PKL, INC.; 26) FLAWLESS BEAUTY FOREVER MC, INC.; 27) FOREVER BEAUTIFUL PRODUCTS KZ, INC.; 28) FOREVER BEAUTY AND BALANCE JL, INC.; 29) HEALTH & BODY CARE TN, INC.; 30) HEALTH & SKIN NUTRITION JLN, INC.; 31) HEALTH & WELLNESS PRODUCTS EM, INC; 32) HEALTH AND DIET PRODUCTS ISA, INC.; 33) HEALTH AND FITNESS LIFESTYLE JL, INC.; 34) HEALTH ENTERPRISE AR, INC.; 35) HEALTH ENTERPRISE LT, INC.; 36) HEALTH SKIN AND BEAUTY MAYA, INC.; 37) HEALTH SKIN AND BODY JB, INC.; 38) HEALTHY AND SLIM TT, INC.; 39) HEALTHY BEAUTIFUL SKIN JD, INC.; 40) HEALTHY BODY & BALANCE CD, INC.; 41) HEALTHY FIT LIFESTYLE DC, INC.; 42) HEALTHY LEAVES TL, INC.; 43) HEALTHY LIFESTYLE DIET JL, INC.; 44) HEALTHY SKIN GROUP TQH, INC.; 45) HEALTHY SKIN LIFESTYLE JB, INC.; 46) HEALTHY SUPPLEMENTS MAYA, INC.; 47) IDEAL SKIN & HEALTH CARE NA, INC.; 48) LASTING FITNESS & BEAUTY JLN, INC.; 49) PKL EVERLASTING BEAUTY, INC.; 50) RADIANT SKIN & BODY SHOP ATN, INC.; 51) REMARKABLE BEAUTY TN, INC.; 52) REMARKABLE HEALTH SUPPLY PO, INC.; 53) SELECT SKIN PRODUCTS MV, INC.; 54) SKIN AND BEAUTY NS, INC.; 55) SKIN BEAUTY & HEALTH JN, INC.; 56) SKIN BEAUTY AND BALANCE CD, INC.; 57) SKIN BEAUTY ENTERPRISE MG, INC.; 58) SKIN BEAUTY PRODUCTS ISA, INC.; 59) SKIN CARE ENTERPRISE TTH, INC.; 60) SKIN CARE GROUP MK, INC.; 61) SKIN PRODUCTS RUBIO, INC.; 62) STRENGTH & FITNESS LIFESTYLE LT, INC.; 63) TOTAL FITNESS & HEALTH MC, INC.; and 64) VIBRANT FACE & BEAUTY SHOP ATN, INC., reflecting that service was completed on June 24, 2020, by personal service upon Defendants' designated agent, Elinor Spector, which is currently Defendants

registered agent according to the California Secretary of State.

Dated this 3rd day of July, 2020

                                /s/ Kevin Kneupper /s/
                                Kevin Kneupper
                                Attorney for Plaintiff

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **TOTAL HEALTH SUPPLY TUA, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**        Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector    -   Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

           **Paisley Lanni**        Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **DL GROUP, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector   -   Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

        **Paisley Lanni**                    Date: **06/26/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (512) 420-8407 | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **BEAUTIFUL SKIN AND HEALTH SL, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector   -   Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

           **Paisley Lanni**                    Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **BEAUTY AND BALANCE LV, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

        **Paisley Lanni**          Date: **06/25/2020**

---

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 |
|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **COASTAL BEAUTY CARE KV, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

           **Paisley Lanni**          Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC** **321 N. Orange St., 306** **Glendale CA 91203** ATTORNEY FOR **Plaintiff** | | |

SAN DIEGO, CALIFORNIA
401 West A Street Ste 2000
San Diego, CA 92101

SHORT TITLE OF CASE:
TAN, LEANNE v. QUICK BOX, LLC

| DATE: | TIME: | DEP./DIV. | CASE NUMBER: 20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No: La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **COASTAL HEALTH & BODY TML, INC.**

I served the summons at:

**8060 McClung Dr  Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

         **Paisley Lanni**          Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |
|---|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No:<br>La Pura |
|---|---|

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **COASTAL SKIN CARE DC, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

               **Paisley Lanni**                              Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC** **321 N. Orange St., 306** **Glendale CA 91203** ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA 401 West A Street Ste 2000 San Diego, CA 92101 | | |
| SHORT TITLE OF CASE: TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER: 20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No: La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **COMPLETE BEAUTIFUL SKIN DT, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                              Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **COMPLETE DIETARY HEALTH DT, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

 

**Paisley Lanni**                              Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **DIET AND BEAUTY ENTERPRISE JB, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                              Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |

| | |
|---|---|
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No:<br>La Pura |
|---|---|

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **DIET FOCUS MG, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Diet Focus MG, Inc**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

         **Paisley Lanni**          Date: **07/01/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |

SAN DIEGO, CALIFORNIA
401 West A Street Ste 2000
San Diego, CA 92101

SHORT TITLE OF CASE:
TAN, LEANNE v. QUICK BOX, LLC

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **DIETARY 8 LEAVES TL, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Dietary 8 Leaves TL, Inc**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

 

**Paisley Lanni**                              Date: **07/01/2020**

---

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC** <br> **321 N. Orange St., 306** <br> **Glendale CA 91203** <br> ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA <br> 401 West A Street Ste 2000 <br> San Diego, CA 92101 | | |
| SHORT TITLE OF CASE: <br> TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER: <br> 20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No: <br> La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **DIETARY CARE GROUP MK, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent Dietary Care Group MK, Inc**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

        **Paisley Lanni**          Date: **07/01/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **DIETARY HEALTH DL, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Dietary Health DL, Inc**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Paisley Lanni**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **80.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

      **Paisley Lanni**          Date: **07/01/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **DIETARY HEALTH MANAGEMENT SL, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Dietary Health Management SL, Inc**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                                        Date: **07/01/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **DIETARY HEALTH SUPPLEMENTS ADN, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Dietary Health Supplements ADN, Inc**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

 

**Paisley Lanni**                    Date: **07/01/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **DIETARY PILLS TTH, INC.**

I served the summons at:

**8060 McClung Dr  Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Dietary Pills TTH, Inc**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                           Date: **07/01/2020**

---

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |
|---|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **DIETARY SUPPLEMENTS 8 LEAVES TL, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Dietary Supplements 8 Leaves TL, Inc**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

            **Paisley Lanni**          Date: **07/01/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER<br>**(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE:          TIME:          DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **EM STRENGTH & WELLNESS PRODUCTS, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date: **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for EM Strength & Wellness Products, Inc**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

    a. Name: **Paisley Lanni**
    b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. **The fee** for this service was: **80.00**
    e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**          Date: **07/01/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC** **321 N. Orange St., 306** **Glendale CA 91203** ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA 401 West A Street Ste 2000 San Diego, CA 92101 | | |
| SHORT TITLE OF CASE: TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER: 20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No: La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **EW IDEAL HEALTH STORE, INC.**

I served the summons at:

**8060 McClung Dr  Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for EW Ideal Health Store, Inc**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

    a. Name: **Paisley Lanni**
    b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. **The fee** for this service was: **80.00**
    e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

              **Paisley Lanni**          Date: **07/01/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR   **Plaintiff** | **(512) 420-8407** | |

SAN DIEGO, CALIFORNIA
401 West A Street Ste 2000
San Diego, CA 92101

SHORT TITLE OF CASE:
TAN, LEANNE v. QUICK BOX, LLC

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **EW RADIANT SKIN STORE, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**      Date:   **02:00 PM**

In the above mentioned action   by personally serving to and leaving with

**Elinor Spector   -   Agent for EW Radiant Skin Store, Inc**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

     a. Name: **Paisley Lanni**
     b. Address: **15345 Fairfield Ranch Rd   Suite 200, Chino Hills, CA 91709**
     c. Telephone number: **909-664-9577**
     d. **The fee** for this service was: **80.00**
     e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

     **Paisley Lanni**           Date: **07/01/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |
|---|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No:<br>La Pura |
|---|---|

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **FIT AND SLIM BODY OLO, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Fit and Slim Body OLO, Inc**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

      **Paisley Lanni**          Date: **07/01/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (512) 420-8407 | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **FIT BODY FOREVER KZ, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

                **Paisley Lanni**                    Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC** <br> **321 N. Orange St., 306** <br> **Glendale CA 91203** <br> ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA <br> 401 West A Street Ste 2000 <br> San Diego, CA 92101 | | |
| SHORT TITLE OF CASE: <br> TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER: <br> 20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No: <br> La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **FIT LIFESTYLE ENTERPRISE JD, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

    a. Name: **Paisley Lanni**
    b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. **The fee** for this service was: **80.00**
    e. I am an independent contractor:


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

        **Paisley Lanni**          Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **FITNESS & HEALTH SUPPLEMENTS PKL, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                              Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **FLAWLESS BEAUTY FOREVER MC, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                    Date: **06/25/2020**

---

**Declaration of Service**                                        **Invoice #: 3635602-04**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NUMBER (512) 420-8407 | FOR COURT USE ONLY |
|---|---|---|---|
| **Kneupper & Covey PC** **321 N. Orange St., 306** **Glendale CA 91203** ATTORNEY FOR  **Plaintiff** | | | |
| SAN DIEGO, CALIFORNIA 401 West A Street Ste 2000 San Diego, CA 92101 | | | |
| SHORT TITLE OF CASE: TAN, LEANNE v. QUICK BOX, LLC | | | |
| DATE:  TIME:  DEP./DIV. | | | CASE NUMBER: 20cv1082-H-WVG |
| **Declaration of Service** | | | Ref. No. or File No: La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **FOREVER BEAUTIFUL PRODUCTS KZ, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**        Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

    a. Name: **Paisley Lanni**
    b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. **The fee** for this service was: **80.00**
    e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

        **Paisley Lanni**                    Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (512) 420-8407 | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |

SHORT TITLE OF CASE:
TAN, LEANNE v. QUICK BOX, LLC

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **FOREVER BEAUTY AND BALANCE JL, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

        **Paisley Lanni**          Date: **06/26/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 |
|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC |
|---|

| DATE:  TIME:  DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **HEALTH & BODY CARE TN, INC.**

I served the summons at:

**8060 McClung Dr  Citrus Heights, CA 95610**

On: **6/24/2020**  Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Paisley Lanni**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **80.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**  Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | **(512) 420-8407** | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **HEALTH & SKIN NUTRITION JLN, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date: **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                    Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |
|---|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE:          TIME:          DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **HEALTH & WELLNESS PRODUCTS EM, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                    Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **HEALTH AND DIET PRODUCTS ISA, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                    Date: **06/25/2020**

---

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC** **321 N. Orange St., 306** **Glendale CA 91203** ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA 401 West A Street Ste 2000 San Diego, CA 92101 | | |

| SHORT TITLE OF CASE: TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER: 20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No: La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **HEALTH AND FITNESS LIFESTYLE JL, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date: **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

 

**Paisley Lanni**          Date: **06/25/2020**

---

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |
|---|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **HEALTH ENTERPRISE AR, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

    a. Name: **Paisley Lanni**
    b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. **The fee** for this service was: **80.00**
    e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

        **Paisley Lanni**          Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR   **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 |
|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC |
|---|

| DATE:      TIME:      DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **HEALTH ENTERPRISE LT, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**      Date:   **02:00 PM**

In the above mentioned action   by personally serving to and leaving with

**Elinor Spector   -   Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

    a. Name: **Paisley Lanni**
    b. Address: **15345 Fairfield Ranch Rd   Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. **The fee** for this service was: **80.00**
    e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

          **Paisley Lanni**            Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **HEALTH SKIN AND BEAUTY MAYA, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                                    Date: **06/25/2020**

---

**Declaration of Service**                                    **Invoice #: 3635602-14**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **HEALTH SKIN AND BODY JB, INC.**

I served the summons at:

**8060 McClung Dr  Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

        **Paisley Lanni**          Date: **07/01/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **HEALTHY AND SLIM TT, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector   -   Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                              Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **HEALTHY BEAUTIFUL SKIN JD, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Paisley Lanni**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **80.00**
  e. I am an independent contractor:


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                                    Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |
|---|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No:<br>La Pura |
|---|---|

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **HEALTHY BODY & BALANCE CD, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

                **Paisley Lanni**          Date: **06/25/2020**

---

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 |
|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **HEALTHY FIT LIFESTYLE DC, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                                        Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (512) 420-8407 | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |

| | |
|---|---|
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |

SHORT TITLE OF CASE:

TAN, LEANNE v. QUICK BOX, LLC

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **HEALTHY LEAVES TL, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

    a. Name: **Paisley Lanni**
    b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. **The fee** for this service was: **80.00**
    e. I am an independent contractor:


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                              Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR   **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |
|---|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No:<br>La Pura |
|---|---|

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **HEALTHY LIFESTYLE DIET JL, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **70.00**
   e. I am an independent contractor:


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**          Date: **07/01/2020**

---

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |
|---|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE:            TIME:            DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **HEALTHY SKIN GROUP TQH, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                                      Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC** <br> **321 N. Orange St., 306** <br> **Glendale CA 91203** <br> ATTORNEY FOR **Plaintiff** | | |

| | |
|---|---|
| SAN DIEGO, CALIFORNIA <br> 401 West A Street Ste 2000 <br> San Diego, CA 92101 | |

| SHORT TITLE OF CASE: <br> TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE: TIME: DEP./DIV. | CASE NUMBER: <br> 20cv1082-H-WVG |
|---|---|
| **Declaration of Service** | Ref. No. or File No: <br> La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **HEALTHY SKIN LIFESTYLE JB, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

        **Paisley Lanni**                              Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 |
|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No:<br>La Pura |
|---|---|

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **HEALTHY SUPPLEMENTS MAYA, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

    a. Name: **Paisley Lanni**
    b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. **The fee** for this service was: **80.00**
    e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

        **Paisley Lanni**                    Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (512) 420-8407 | FOR COURT USE ONLY |
|---|---|---|

**Kneupper & Covey PC**
**321 N. Orange St., 306**
**Glendale CA 91203**
ATTORNEY FOR   **Plaintiff**

SAN DIEGO, CALIFORNIA
401 West A Street Ste 2000
San Diego, CA 92101

SHORT TITLE OF CASE:
TAN, LEANNE v. QUICK BOX, LLC

| DATE: | TIME: | DEP./DIV. | CASE NUMBER: 20cv1082-H-WVG |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No: La Pura |
|---|---|

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **IDEAL SKIN & HEALTH CARE NA, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

    a. Name: **Paisley Lanni**
    b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. **The fee** for this service was: **80.00**
    e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

           **Paisley Lanni**          Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | **(512) 420-8407** | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **LASTING FITNESS & BEAUTY JLN, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date: **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                          Date: **06/25/2020**

---

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **PKL EVERLASTING BEAUTY, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date: **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

                                                 **Paisley Lanni**          Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |
|---|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No:<br>La Pura |
|---|---|

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **RADIANT SKIN & BODY SHOP ATN, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                              Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC** **321 N. Orange St., 306** **Glendale CA 91203** ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA 401 West A Street Ste 2000 San Diego, CA 92101 | | |
| SHORT TITLE OF CASE: TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER: 20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No: La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **REMARKABLE BEAUTY TN, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                    Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |

| | |
|---|---|
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE:          TIME:          DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **REMARKABLE HEALTH SUPPLY PO, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

    **Paisley Lanni**          Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE:          TIME:          DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **SELECT SKIN PRODUCTS MV, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**          Date: **06/25/2020**

---

**Declaration of Service**          **Invoice #: 3637059-01**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |
|---|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE:          TIME:          DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **SKIN AND BEAUTY NS, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**          Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **SKIN BEAUTY & HEALTH JN, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                              Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **SKIN BEAUTY AND BALANCE CD, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

   **Paisley Lanni**                              Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (512) 420-8407 | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |
|---|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No:<br>La Pura |
|---|---|

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **SKIN BEAUTY ENTERPRISE MG, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

    a. Name: **Paisley Lanni**
    b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. **The fee** for this service was: **80.00**
    e. I am an independent contractor:


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

 

**Paisley Lanni**                          Date: **06/25/2020**

---

**Declaration of Service**                          **Invoice #: 3637059-05**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **SKIN BEAUTY PRODUCTS ISA, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

             **Paisley Lanni**          Date: **06/25/2020**

---

**Declaration of Service**          **Invoice #: 3637059-06**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |
|---|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No:<br>La Pura |
|---|---|

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **SKIN CARE ENTERPRISE TTH, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector   -   Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

    a. Name: **Paisley Lanni**
    b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. **The fee** for this service was: **80.00**
    e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

            **Paisley Lanni**          Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | **(512) 420-8407** | |

| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |
|---|---|

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE:          TIME:          DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **SKIN CARE GROUP MK, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                              Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (512) 420-8407 | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |

| SHORT TITLE OF CASE: |
|---|
| TAN, LEANNE v. QUICK BOX, LLC |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **SKIN PRODUCTS RUBIO, INC.**

I served the summons at:

**8060 McClung Dr  Citrus Heights, CA 95610**

On: **6/24/2020**          Date: **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                    Date: **06/25/2020**

---

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR **Plaintiff** | | |

| | |
|---|---|
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | |

| | |
|---|---|
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **STRENGTH & FITNESS LIFESTYLE LT, INC.**

I served the summons at:

**8060 McClung Dr  Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                              Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **TOTAL FITNESS & HEALTH MC, INC.**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:  **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Paisley Lanni**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

            **Paisley Lanni**          Date: **06/25/2020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(512) 420-8407** | FOR COURT USE ONLY |
|---|---|---|
| **Kneupper & Covey PC**<br>**321 N. Orange St., 306**<br>**Glendale CA 91203**<br>ATTORNEY FOR  **Plaintiff** | | |
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |

| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | |
|---|---|

| DATE:          TIME:          DEP./DIV. | CASE NUMBER:<br>20cv1082-H-WVG |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet;**

On: **VIBRANT FACE & BEAUTY SHOP ATN, INC**

I served the summons at:

**8060 McClung Dr   Citrus Heights, CA 95610**

On: **6/24/2020**          Date:   **02:00 PM**

In the above mentioned action  by personally serving to and leaving with

**Elinor Spector  -  Agent for Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

    a. Name: **Paisley Lanni**
    b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
    c. Telephone number: **909-664-9577**
    d. **The fee** for this service was: **80.00**
    e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Paisley Lanni**                                    Date: **06/25/2020**