| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Kevin Kneupper SBN 325413<br>kneuppercovey<br>321 N. Orange St. 306<br>Glendale, CA 91203<br>ATTORNEY FOR Plaintiff | TELEPHONE NUMBER<br>(512) 420-8407 | FOR COURT USE ONLY |
|---|---|---|
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>TAN, LEANNE v. QUICK BOX, LLC | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>20cv1082-H-WVG |
| **Declaration of Service** | | Ref. No. or File No:<br>La Pura |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Complaint, Civil Case Cover Sheet;**

On: **DIETARY MIND & BODY AR, INC.**

I served the summons at:

**30 N Gould St Ste R, Sheridan, WY 82801**

On: **7/8/2020**           Date: **10:00 AM**

In the above mentioned action  by personally serving to and leaving with
**Danielle Sisson - Agent for Registered Agents, Inc**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Deputy Kody Lamb**
b. Address: **54 W 13th St, Sheridan WY 82801**
c. Telephone number: **307-672-3455**
d. **The fee** for this service was: **155.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*[signature]*
Deputy Kody Lamb                                              Date: 07/29/2020

---

Declaration of Service                                               Invoice #: 3635385-08