# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE TAN, an individual, on behalf of herself and all persons similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>QUICK BOX, LLC, et al.,<br><br>                              Defendants. | Case No.: 3:20-cv-01082-H-DEB<br><br>**ORDER DENYING MOTION TO TRIFURCATE DISCOVERY**<br><br>[Doc. No. 172.] |

On June 30, 2021, Defendants Konnektive Corporation, Kathryn Martorano, Matthew Martorano, Konnektive LLC, Konnektive Rewards, LLC (collectively, the "Konnektive Defendants") filed a joint motion to trifurcate discovery into three phases. (Doc. No. 172.) Counsel for the Konnektive Defendants did not obtain a hearing date from the Court prior to filing the motion in violation of Local Rule 7.1. The Court denies the joint motion to trifurcate discovery and admonishes counsel to comply with the Local Rules.

**IT IS SO ORDERED.**

DATED: June 30, 2021

                                              MARILYN L. HUFF, District Judge
                                              UNITED STATES DISTRICT COURT