# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE TAN, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICK BOX, LLC, et al.,<br><br>Defendants. | Case No.: 3:20-cv-01082-H-DEB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STAY**<br><br>[Doc. No. 193.] |

On October 8, 2021, Defendant Total Health Supply TUA, Inc. filed for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court of the Central District of California, Case No. 8:21-bk-12448-SC. (Doc. No. 192.) On October 11, 2021, Defendant Total Health Supply TUA, Inc. filed a notification of bankruptcy with the Court. (Id.) On October 21, 2021, Plaintiff Leanee Tan filed an unopposed motion to stay the action until the automatic stay imposed by Defendant Total Health Supply TUA, Inc.'s bankruptcy filing is lifted, modified, or clarified by the bankruptcy court. (Doc. No. 193.) Plaintiff argues that proceeding with this action against the other Defendants while the automatic stay in place would create a substantial risk that counsel may violate the automatic stay and impede obtaining relevant discovery. (Id. at 1–2.) Plaintiff represents

that she intends to file for relief from the automatic stay or clarification of the scope of the stay in the bankruptcy court. (Id. at 2.)

After considering the relevant factors, the Court, exercising its sound discretion, grants Plaintiff's request to stay the action. See Keating v. Office of Thrift Supervision, 45 F.3d 322, 324–25 (9th Cir. 1995). The Court stays the action pending relief or clarification of the scope of the automatic stay imposed by the bankruptcy court in Case No. 8:21-bk-12448-SC, until May 1, 2022. The parties are ordered to file a joint status report with the Court no later than April 15, 2022 to inform the Court of the status of the bankruptcy action.

**IT IS SO ORDERED.**

DATED: October 29, 2021

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT