UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE TAN, an individual, on behalf of herself and all persons similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>QUICK BOX, LLC, et al.,<br><br>                              Defendants. | Case No.: 20cv1082-LL-DEB<br><br>**ORDER LIFTING STAY** |

On October 29, Judge Huff granted Plaintiff's unopposed motion to stay this action until the automatic stay imposed by Defendant Total Health Supply TUA, Inc.'s bankruptcy filing was lifted, modified, or clarified by the bankruptcy court. ECF No. 194. Judge Huff stayed this action until May 1, 2022. *Id*. On March 16, 2022, Plaintiff notified this Court that the stay for the bankruptcy was lifted on March 10, 2022. ECF No. 199. Plaintiff therefore requests that this Court lift the stay and set a scheduling conference to address discovery deadlines. *Id*.

///

///

///

1 | Plaintiff's request to lift the stay is **GRANTED**. The stay [ECF No. 194] is
2 **LIFTED**. The magistrate judge will address resetting discovery deadlines in due course.
3 | **IT IS SO ORDERED**.
4 | Dated:  March 21, 2022

Honorable Linda Lopez
United States District Judge