UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE TAN,<br><br>         Plaintiff,<br><br>v.<br><br>QUICK BOX, LLC, et al.,<br><br>         Defendants. | Case No.:  20cv1082-LL-DEB<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFAULT PROCEEDINGS AS TO LA PURA DEFENDANTS** |
| CHAD BIGGINS,<br><br>        Cross Claimant,<br><br>v.<br><br>LA PURA DEFENDANTS and JOHN DOES 1-10, as defined in Plaintiff's First Amended Complaint,<br><br>        Cross Defendants. | |

On April 11, 2022, this Court granted a motion by counsel for the La Pura Defendants, Karl Kronenberger and Jeffrey Rosenfeld, to withdraw. ECF No. 206. The La Pura Defendants were ordered to "retain counsel within thirty days from the date of this Order and have counsel file a notice of appearance." *Id*. at 5. The La Pura Defendants failed to do so.

Accordingly, Plaintiff and Cross Claimant may move for entry of default and default judgment as to the La Pura Defendants on or before **June 17, 2022**. Any such motion must include proof of prompt service of this order, as well as the Court's previous order [ECF No. 206], on the La Pura Defendants. The La Pura Defendants with the assistance of counsel, any other Defendant with the assistance of counsel, as well as any individual Defendants, may file a response on or before **July 1, 2022**.[1] Finally, with respect to discovery, the magistrate judge may proceed, in his discretion, without the La Pura Defendants.

**IT IS SO ORDERED**.

Dated: May 16, 2022

_____

Honorable Linda Lopez
United States District Judge

---

[1] To the extent this order is inconsistent with the Court's previous order permitting withdrawal of La Pura's counsel [ECF No. 206] the previous order is **AMENDED** to conform with this order.

2

20cv1082-LL-DEB