

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LeANNE TAN, individually and on behalf of all others similarly situated,

**Plaintiff,**

V.

QUICK BOX, LLC, et al.

**Defendant.**

**FILED**

05/23/2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                     , Deputy

**Civil No.** 20-cv-1082-LL-DDL

**STRICKEN DOCUMENT:**

Order
Granting Plaintiff's Motion to Compel

**Per Order #    296**

295