**KNEUPPER & COVEY, PC**
Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
A. Cyclone Covey, Esq. (CA SBN 335957)
cyclone@kneuppercovey.com
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Tel: (512) 420-8407

*Attorneys for Plaintiff LeAnne Tan*
*and the putative Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE TAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICK BOX, LLC, et al,<br><br>Defendants. | Case No.: 3:20-cv-1082-LL-DDL<br><br>**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS FOR IMPROPER DEPOSITION CONDUCT**<br><br>*PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT<br><br>Complaint Filed: June 12, 2020 |

**TO THE COURT AND TO ALL PARTIES OF RECORD HEREIN:**

Plaintiff Leanne Tan ("Ms. Tan" and/or "Plaintiff") individually and on behalf of all other similarly situated nationwide and in the State of California (collectively "Class Plaintiffs"), by and through her undersigned counsel, here by move this Court, pursuant to Local Civil Rule 79.2 and Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, to allow Plaintiff to file the following documents under seal in support of her forthcoming Motion for Sanctions for Improper Deposition Conduct.

The parties agreed on an Amended Protective Order (Dkt. No. 186) ("Order"), entered by this Court on August 11, 2021, which governs this action. Pursuant to the Order, the Defendants and third parties have designated certain information and documents produced during discovery as "CONFIDENTIAL." The concurrently filed motion includes reference to and quotation of information obtained from documents that the Defendants or third-party subpoena recipients have designated as "CONFIDENTIAL." Additionally, the Order states if a party seeks to use information labeled as "CONFIDENTIAL," then the party must file the document under seal. Dkt. 186 at ¶ 13.

Pursuant to docket 273, Plaintiff has discussed the confidentiality of exhibits to this motion with the Konnektive Defendants. After removing various confidentiality designations, there are remaining materials which they contend are confidential. Given the requirements of the protective order and those continued designations, Plaintiff requests to file under seal versions of the following materials at issue:

1) Unredacted version of the condensed deposition Transcript of Jacob John Martorano, dated November 15, 2023;

2) Unredacted version of the condensed deposition Transcript of Kathryn Martorano, dated November 14, 2023; and

3) Unredacted version of the condensed deposition Transcript of Matthew Martorano, dated November 16, 2023.

| | | |
|---|---|---|
| 1 | Dated this 9th day of January, 2024 | **KNEUPPER & COVEY, PC** |
| 2 | | /s/Kevin M. Kneupper |
| 3 | | Kevin M. Kneupper, Esq. |
| 4 | | *Attorneys for Plaintiff LeAnne Tan and the putative Class* |